EDWIN B. PARKHURST, Respondent, *v.* CITIZENS BREWING CORPORATION, Appellant.

*Nuisance — judgment restraining operation of brewery in such manner as to constitute nuisance and for damages affirmed.*

*Parkhurst* v. *Citizens Brewing Corpn.*, 187 App. Div. 963, affirmed.

(Submitted June 11, 1920; decided July 7, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 6, 1919, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. Plaintiff was the owner of real property situated opposite the defendant's brewery. He brought this action in equity to recover damages and to restrain the operation of the brewery plant in such a way as to cause nuisance. The judgment enjoined defendant from so operating the machinery in defendant's brewery

plant mentioned and described in the complaint and in the decision as to produce and transmit therefrom into or upon or through plaintiff's premises loud grinding, whirring, pounding, thumping, roaring, metallic, deafening or vibratory sounds or noises; from so operating the machinery in said brewery plant as to produce and transmit therefrom into or upon or through plaintiff's said premises a loud or penetrating noise as of an exhaust and from unloading or otherwise moving kegs or barrels in such manner as to produce and transmit therefrom into or upon or through plaintiff's premises loud noises or jarring vibrations. It also awarded damages.

*Henry A. Rubino* for appellant.

*Robert E. Whalen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, McLAUGHLIN, ANDREWS and ELKUS, JJ.